# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 19, 2005

128883

PEOPLE OF THE STATE OF MICHIGAN
      Plaintiff-Appellee,

v

DANIEL NEWBY,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 128883
COA: 253766
Wayne CC: 02-003910

On order of the Court, the application for leave to appeal the May 24, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH and KELLY, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 19, 2005

_____
Clerk

t1012